FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*9:07 am, Jun 21, 2021*
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Alison D. Jones

_____, Plaintiff

v.

People Ready Inc./A TrueBlue Company

_____, Defendant(s).

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Alison D. Jones
_____
(Name and complete mailing address)

1746 Emerson St. 209, Denver, CO  80218
_____
(720-539-4174 and petitpas1@msn.com)

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    People Ready Inc., 1340 S. Sante Fe Dr., Suite 204, Denver, CO  80223
             (Name and complete mailing address)

             303-964-9350 and 1152-br@peopleready.com
             (Telephone number and e-mail address if known)


Defendant 2:    People Ready Inc. (Human Resources) c/o Collette Nelson-Hayward
            1015 A St., Tacoma, WA  98402
            (Name and complete mailing address)

            253-680-8582 and cnelson-hayward@trueblue.com
            (Telephone number and e-mail address if known)

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

  X    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
        (employment discrimination on the basis of race, color, religion, sex, or national origin)

  X    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
        discrimination on the basis of a disability)

  X    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
        (employment discrimination on the basis of age)

  X    Other: The Trafficking Victim's Protection Act, The Colorado Off-Duty Lawful Activity
Statute, Public Policy, Department of Labor Regulations regarding non-payment of wages,
Wrongful Termination

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   WRONGFUL TERMINATION:   The Plaintiff was illegally terminated from her employment after complaining to the manager Jax from the 1340 S. Sante Fe Dr., Denver branch, for her failure to pay the Plaintiff for a job worked at the Courtyard Retirement Home in Lakewood, Co. in April of 2020.  This same manager, Jax, had a history of late or no payments from other assignments as well, including various King Soopers assignments.  Jax always had a ready excuse for non-payment such as the paysheets had not been turned in, or they were not filled out properly, or the picture was not clear.  Ms. Jones took pictures of all the paysheets and sent them via text message.  They were clearly legible.  Jax was simply finding excuses to discriminate.  Ms. Jones can produce copies of the submitted time sheets when required to do so.  People Ready had a history of failing to pay the Plaintiff for jobs worked.  She reported numerous cases to the Department of Labor Wage and Hour Division.  Ms. Jones will also be able to produce copies of the Department of Labor complaints using the Freedom of Information Act when required.

The following is an exact excerpt from the complaint the Plaintiff submitted to the People Ready Human Resources Department explaining what happened at the Courtyard Retirement Home that led to wrongful termination:

"Most of the discrimination is coming out of the Denver, Co offices at 1340 S Sante Fe (Hispanic manager Jax) and 1490 Lafayette St (Black manager Brent).  The final straw came out of the S Sante Fe office with Jax.  The very last job I worked for People Ready was at 7100 W 13th, Lakewood, Co at the Courtyard Retirement Home.  They sent us over there on April 11th and 12th to feed the elderly residents who were in quarantine from the corona virus.  I forgot to bring my paper pay sheet on Saturday the 11th but the manager on duty assured me that it was no problem.  She would just add me to another employee's pay sheet.  Problem solved.  I did remember to bring it the next day, Sunday April 12th.  I took a picture of the pay sheet and texted it to 1152-br@peopleready.com, the email address Jax had given me.  On Monday I had not been paid for either shift.  I called Jax to complain.  She claimed she had never received either pay sheet even though she had.  She also said she could not process the Sunday pay sheet because one of the corners was missing in the photograph.  The upper right corner was indeed missing but all the pertinent information such as store location, hours worked, and management signature were clearly visible.  I can send you the picture. (Please forward a copy of the email you initially sent the branch with the work ticket)  The missing corner made no difference.  When I pointed this out to her, she then reiterated that I had not sent it to the right email address.  I did in fact send it to 1152-br@peopleready.com and additionally sent it to 1151-br@peopleready.com as an added precaution because I had used that address many times in the past.  So now what excuse did she invent?  She said she could not receive pay sheets by text.  Oh really?  I have sent hundreds of them by text over the years.  She is the first manager ever at People Ready who cannot receive text messages.  I finally had to send it by Gmail and finally got paid but only after arguing with her on 15 calls.  All I got were excuses, delays, foot-dragging.  Rather than being professional and solving the problem she was extremely rude.  She yelled, consistently interrupted me when I was trying to explain the situation, treated me like an idiot when I have two college degrees and 40 years in the work force (I am far more qualified to do her job than she is), wasted valuable time giving information I did not need and already had, explaining the procedure when I have used this procedure for over 10 years, condescended in every way imaginable, implying that I was incompetent when in fact she was incompetent and so on.  She was even more condescending

when I went to her office in person for a drug test, scolding me like a small child for not taking the test correctly and then for touching something on the counter. I sanitized with sanitizer solution as soon as I waked in full view of Jax. I have passed every drug test I have ever taken by the way.

I mentioned in one of these calls that I would contact the Courtyard and just have them fax the Saturday pay sheet over. She refused to give me the number even though that information is readily available in their computer system. More excuses. Her take was that if the picture I had sent her of the Sunday shift had been legible I would be able to see the number and call them myself. I checked the photograph, could clearly see the phone number, called the Courtyard myself and finally had them fax over the Saturday pay sheet. She lied and made excuses throughout this whole process.  Excuse after excuse as to why she could not just do her job and pay me. This was not the only time she had done this. I have frequently had to call People Ready over the years and complain and argue to get paid. I had to call Jax repeatedly from the 101 Englewood King Soopers location to get paid in a timely fashion only to get the same rude and obnoxious attitude I got with the Courtyard job. I have had to file at least 3 wage and hour complaints over the years with the Department of Labor to get paid and should have filed more. It once took me 3 months to get paid for a construction clean-up job in Highlands Ranch, Co. We are now forced to take pictures of all time sheets because we can't trust them to pay us or to pay us on time."

Please note that every manager in this scenario, both at People Ready and the Courtyard Retirement Home, were either Hispanic or Black and the Plaintiff is White.  No other Hispanic or Black workers were similarly treated, only the White worker. They did things like this on purpose and had been doing things like this for years. It was motivated by a vigilante justice mentality that thinks they have the right "pay back the White man for all he has done to us."

CLAIM TWO:  RACIAL/ETHNIC/SEXUAL DISCRIMINATION/UNFAVORABLE TREATMENT BASED ON RACE/ETHNICITY/SEX:  People Ready had a history of allowing the Plaintiff to be harassed on assignments over the years because of her race, ethnicity, age, and gender. Even when the harassment was reported or when management or other staff were witnesses to the fact, no corrective action was ever taken.  The Plaintiff was unfairly and discriminatorily removed from jobs because of racial, ethnic, and sexual stereotypes, and because of racial, ethnic, and sexual harassment. In the vast majority of these examples, the harasser or discriminator was a minority-Muslim, Black, or Hispanic.  The victim, the Plaintiff Ms. Alison D. Jones, is White.  Our society has no problem recognizing discrimination against non-White minorities, but simply will not face the reality of discrimination against the White majority. History offers no justification for this double standard.  Blacks lived in slavery in the United States, but so did the indentured Irish, Native Americans, and any other ethnic mix they could enslave.  The Spanish Conquistadors were among the worst slavers in the Americas, but Hispanics are given special protection under American civil rights law simply because they are a minority.  While millions of Whites were sold into slavery in the American colonies and elsewhere, White people have virtually no civil rights protections simply because they are a majority. Current American civil rights law gives no consideration to the fact that there are hundreds of thousands, if not millions, of people living in some form of slavery in the United States today, and this modern-day slavery has no racial, ethnic, gender, age, or social class

boundaries. ALL are affected. This lawsuit attempts to correct that disparity. Much of the harassment Ms. Jones experienced was retaliatory-a misguided retribution based on the assumption that the Plaintiff was somehow responsible for societies' past evils or present-day inequalities just because of the color of her skin or her place of ethnic origin-the American South. The general reasoning is that "Well, that's what you did to them. Now it's your turn." This explains the number of times Ms. Jones was called a "Nigger" on various People Ready assignments while the management just laughed it off and took no corrective action. It explains why management tolerated this type of treatment against her but would not tolerate it against any other race or ethnic group. It explains why the Plaintiff was repeatedly passed over for promotions, higher paying jobs, tipped jobs, not allowed to participate in tip pools, and passed over for the best job assignments in favor of minorities, despite her superior qualifications. Sometimes she did not even get paid. It explains why other employees, usually Hispanic, continuously threw the sins of the past in Ms. Jones face while on the job, expecting her to simmer in guilt for something over which she had no control. The guilty parties found an easy scapegoat for their racial and ethnic frustrations in Ms. Jones. This mentality affected Ms. Jones in all aspects of her life, both personal and professional. American culture is so saturated with the concept of punishing innocent parties for past social injustices that it permeates everything in society, no matter how insignificant. This concept is preached at every bus stop, on the front page of every newspaper, in every television show, film, or radio program. It is shouted in grocery store aisles and laundromats, restaurants, and parks. It is preached from pulpits and classrooms. Like the caricature of a powerful communist dictator, it glares down on you like Big Brother everywhere you go, daring anyone to defy it. Anyone who is "not with the pogrom" is destroyed. Ms. Jones will make frequent references to events that occurred off the job to demonstrate this saturation and how it has so permeated the workplace that going to work is like walking into a communist revolution. People are no longer concerned about who does the best job or performs the highest quality work. The workplace today is almost completely governed by identity politics. Actual work performance is irrelevant. Raises and promotions do not go the best or most deserving worker, but to whomever can whine the loudest and claim the greatest victim status. Many ethnic minorities embrace this change. In all of the examples listed below, no ethnic minorities were similarly treated whether Muslim, Black, Hispanic, or non-White immigrant. This treatment was reserved strictly for Ms. Jones because she is White and never corrected because she is White. Muslims are not expected to pay for the slaughters committed by Islamic Jihadists forcing the infidels to convert to Islam. Blacks are not expected to pay for the genocides committed in Rwanda, the ongoing slavery in Nigeria, or the atrocities committed by dictators such as Idi Amin. Hispanics are not expected to compensate victims of the Spanish conquistadors. Only WHITE people are expected to make reparation for past social injustices, even if they did not participate in those injustices, were not alive during those injustices, were themselves the victims of the same injustices, or for that matter, waged war to correct those injustices. Only WHITE people are expected to take a back seat to everyone else because of the crimes of their ancestors. Other races and ethnic groups are not expected to do that. This is relevant to the workplace because deserving White people are being held back by minority preferential treatment programs such as affirmative action.

<u>EXAMPLES:</u>
1.  As mentioned earlier in this complaint, the Plaintiff was once married to a practicing Muslim from the Middle East. In many Islamic cultures, the men retain authority over their wives for

life, even if they are divorced. While a man may divorce and remarry, a woman commits adultery if she does the same. Traditions will vary by region, but Islamic society is definitely male dominated.  Many Muslim societies do not approve of women working outside the home.  A moral woman will marry instead. People from the Plaintiff's Islamic past have frequently stalked her at her various job sites and may have cost her some of those jobs.  They are usually accompanied by Blacks. For ease of reference, we will call them the race team. While showing up at a job site is not proof of discrimination in and of itself, it is uncanny how quickly the job atmosphere and working conditions became unbearable shortly after the race team visits with her various management teams. This happened so frequently that the Plaintiff came to expect it.  The "meeting" took place at Qwest Communications prior to her leaving that job.  She was earning an excellent income until the race team showed up and held a meeting with her office manager. Then her job suddenly became unbearable. She was micromanaged to insanity.  She eventually resigned. The race team also showed up at Globus and Cosmos and held the "meeting" with her office manager there in full view of the Plaintiff. Ms. Jones had worked extremely hard to get through three years of Hospitality, Tourism and Events training at Metropolitan State University of Denver for the sole purpose of getting a job with this, her dream company.  She was incredibly happy at Globus and planned to retire there. She had a wonderfully intelligent boss with an incredibly sophisticated sense of humor. Her co-workers were delightfully funny and entertaining.  She was selling what she loves most-international travel. But after the race team showed up, she was soon compelled to resign due to an unbearable change in management policies. They showed up again at her Good Sam job in the Denver Tech Center (hired by Randstad Staffing) but by that time, she had notified the FBI, and it quickly came to an end.  That did not stop them, however. Sure enough, they showed up at her LKQ Body Parts job (assigned by People Ready) and created a scene just before she was asked not to return to that job.  The White male employees who were permanent employees of that business attempted to entertain Ms. Jones with stories of prostitutes who had been brutally murdered in cheap hotels nearby, implying that she would soon share the same fate. Apparently, somebody at that job site had been spreading the false rumor that Ms. Jones was selling sexual favors.  Nothing could be farther from the truth.  Ms. Jones was stalked in the convenience store next to LKQ and viciously screamed at by a Black man with whom she had served in the US Army for taking too many condiments off the condiment rack.  What was the Army doing there?  The Plaintiff is not sure, but at least she is still alive. The hate and vindictiveness of these racial hate panderers has no end.  We respectfully ask the court to end it so the Plaintiff can live a normal, productive, and prosperous life. Forced marriage and forced personal relationships are a form of TRAFFICKING!  Nobody has the right to tell anyone whom to marry or with whom to have sexual relations.

2.  The Hispanic manager at the Westminster People Ready store refused to send Ms. Jones to a recycling plant in 2019 because "the work was too dirty for a woman".  While she may have been well-meaning, assigning jobs based on sex or gender is discriminatory. Ms. Jones must wonder if the race team had contacted the Westminster location and talked the manager out of that job assignment.

3.  Ms. Jones had to be escorted by undercover law enforcement to her warehouse job in Aurora (assigned by Randstad Staffing) because she was being threatened by Black male

passengers on the A train and the 42 connecting bus on her way to work. They were yelling in her face that they would punch her if she showed them any "disrespect". Some of the Black males had apparently served in the military because they were bragging about the White Officers they had wiped out in Iraq. Several days later the Plaintiff identified a White male Army sergeant who was her AIT instructor at Ft. Benjamin Harrison guarding her at the Peoria Light Rail Station on her way home from work. The race obsessing had become sufficiently life threatening at this point that the Plaintiff could not safely go to work.

4.   Somebody was actually shot in their car very early one snowy morning at the intersection of Montview and Peoria on her way to this same job assignment. The Muslims were there that day en masse, stalking the Plaintiff at the bus stop. Their purpose for being there is unknown.  She was removed from that job shortly thereafter.  While this job was not with People Ready, but another staffing firm, it is typical of the kind of harassment that follows Ms. Jones from job to job along with the "race team". She has frequently experienced this same type of harassment on People Ready assignments.

5.   Many years prior to these incidents, People Ready assigned Ms. Jones to work in a desperately understaffed Wal-Mart in Evergreen.  The People Ready office at 1340 S. Sante Fe provided transportation to this job site.  The driver of the employee shuttle was a young Black man named Andre. He was likeable enough, but he had an unbelievably bad habit of getting stoned before he drove the workers up the mountain.  He also liked to sexually proposition the women and offer them marijuana on the ride.  Not good.  Many of the female workers did not return. They were afraid of him. On one of these occasions, Andre dropped off a group of racially diverse workers.  The manager of this Wal-Mart was a gray-haired gentleman in a wheelchair who seemed nice at first but quickly became a tyrant.  He refused to let any of the other workers speak to Ms. Jones and would not let them crack jokes in her presence, even harmless jokes.  He actually sent one of them home for three days for violating this order. One of the workers was a large Black man who continuously called Ms. Jones a "Nigger" within full earshot of this same manager but was not reprimanded. Instead, the manger sent Ms. Jones to the upstairs storage facility in the back of the store and made her sweep the entire enormous warehouse area all by herself for the remainder of the shift.  Then she was then asked not to return to that job. (Tragically, one of Wal-Marts' Vietnamese workers died in a car crash right outside that Wal-Mart on I-70 on his way to work that morning during shift change. Tragedy seems to follow the Plaintiff wherever she goes.)  On the ride home, this same worker continued to call Ms. Jones a "Nigger" much to great laughter from everyone else in the car.  As for the fate of Andre, Ms. Jones mailed an anonymous complaint to the People Ready Human Resources department regarding Andre's dangerous behavior, and he was eventually fired. That action probably saved lives.

6.   Many years ago, People Ready assigned Ms. Jones to work a Wal-Mart in Castle Rock. These shifts were fairly uneventful until Ms. Jones was placed on break in the smoking section just outside the front entrance of the store.  A mob of young Black men soon joined her and began the "Nigger" tirade, thinking that they were getting even with the nasty little White woman from the South who had kept them down all those many

centuries.  Ms. Jones did report this to management and one of the managers was even within earshot, but predictably, no one was ever reprimanded. Of course, if the situation had been reversed and Ms. Jones had called them a "Nigger", she would have been forced to pay them restitution for life, it would have made the front page of the Denver Post, and Ms. Jones would have been blackballed in the entire state of Colorado, never to work again. This double standard for racial behaviors was not only tolerated but sometimes even encouraged by both the management and staff of People Ready. They seemed to delight in the "racial justice" of it all, humiliating and degrading the poor little White girl from the South whose own Irish ancestors were sold into slavery in the American colonies and all over the world, but no one was ever taught that in school, so it does not matter. Not only did the management at Wal-Mart not correct the behavior, but they claimed that Ms. Jones had taken 2 minutes while not on break to try on a pair of pants in the dressing room and was permanently barred from working in any Wal-Mart in the state of Colorado forever thereafter. Unequal treatment based on race can be a real drag.

7. Ms. Jones was like the runt of the litter at People Ready whom everyone else liked to pick on.  If repeatedly calling her a "Nigger" at work with no consequence was not enough fun, let us accuse her of alcoholism.  Then we can really screw up her employment.  Ms. Jones suffers from both insomnia and post-traumatic stress disorder due to the violent conditions she endured in public housing. She was nearly killed several times. If not for law enforcement, Ms. Jones would now be dead.  As a result, she has two drinks before going to bed at night as a sleep aid with the full blessing of her doctor. She is not an alcoholic, and two drinks is not unhealthy, but well-meaning busybodies always seem to know what's best for everyone else.  People who have worked with Ms. Jones at People Ready know her personal habits. How many times have People Ready temps lectured her about the evils of alcoholism when they are themselves alcoholics and frequently drug abusers? Once again, Ms. Jones is not an alcoholic and at age 58 does not need permission to have a nightcap. People Ready managers and staff have often been overly protective of Ms. Jones or assigned her to jobs below her ability because they believe people her age cannot perform the job, oftentimes trying to do her job for her.  She is also not a drug user, not even marijuana. Things at Coors Field get slow and People Ready staff like to gossip and find fault with other workers to keep themselves entertained. The Colorado Lawful Off-Duty Activity Statute, sometimes called the "Lifestyle Protection Act", protects workers from adverse employment decisions based on lawful off-duty activities. Having two drinks before bedtime is a lawful off-duty activity so why do People Ready employees need to concern themselves with it? Furthermore, why do they have to spread these vicious rumors to management unless their motive is strictly malicious?  This law has been used to protect gay people, religious people, people with unpopular political affiliations, smokers, and many other behaviors the self-righteous of the world find unacceptable. These types of people should be notified that they EMPLOY their workers; they do not OWN their workers. Employers have no legal right to manage the personal lives or personal lifestyles of their employees.

8. The racial harassment sometimes became so bad on People Ready assignments that Ms. Jones was assigned an undercover security agent. Ms. Jones was not aware that she was working with undercover security until she was herself assigned to work the security

entrance at the Sports Authority Field wanding incoming sports fans.  She was working next to a person of Italian descent who was making extremely lewd and sexually demeaning comments about White women.  It could have turned violent but for the intervention of a plainclothes security guard who stepped up to the plate and contained the situation.  She was a powerful female who was extremely well-trained and could easily subdue most men.  She had learned her trade guarding celebrities in Hollywood.  She showed Ms. Jones some easy maneuvers to use in self-defense.  This same security guard was assigned to Ms. Jones at public festivals near Coors Field and other outdoor public events staffed by People Ready while she worked gate security.  Apparently, People Ready or their client saw Ms. Jones in real danger.  Could People Ready possibly NOT have known this was going on?  They had to pay the Plaintiff for the job and then somebody had to pay undercover security on top of that to protect her from racially motivated hate attacks while on that job. It must have been awfully expensive to employ Ms. Jones. Race obsessing has reached epidemic proportions in the United States to the extent that certain Caucasian groups are simply not safe anymore.  Some people will become violent if they falsely perceive racism or any type of separation of the races. (Look at BLM and Antifa.) Ms. Jones and undercover law enforcement would meet again when she gained a full-time job in the casinos.  She experienced violent harassment. The Black male employees in the casino loved to call her a "Nigger" and scream "body bag and toe tag" while she busily scrubbed heavy pots and pans in the dish pit. "Fire in the hole!" was also a popular expression used by the Black male staff to further intimidate and humiliate the victim.  These may have been military personnel. These are military phrases. Some of them even pulled knives. One of the Black stewards liked to sarcastically ask her if the work was too hard and did she need some rest.  He had been an officer with the Denver Sheriff's Department. You would expect better behavior from him. The harassment became so severe and pervasive that Monarch had to hire an undercover security guard to manage the dish room for Ms. Jones' protection and that of other employees who were being constantly threatened by these people. The parties involved were eventually terminated, but the Monarch took an unusually long time to do it and only after worker morale had been completely destroyed. Ms. Jones cannot recall if she obtained her job with the Monarch Casino through People Ready, but the way she was treated there is exemplary of the type of racial harassment she experienced both on and off People Ready jobs. Ms. Jones was terrorized on the casino shuttle ride back to Denver at the end of her shift, forced to listen to Hispanic gang members brag about murders they had committed on home robberies, and was physically threatened by Black male employees who claimed she was "disrespecting" them.  She had not said a single word to any of them. The racial profilers of the world are doing a great disservice to Ms. Jones when they expect her to be the sweet, self-effacing, ever self-sacrificing Ms. Milly of Twelve Oaks.  Ms. Jones is not Ms. Milly.  Ms. Jones is not a Stepford wife.  Ms. Jones does not appreciate racial profilers bringing their plantation drama to her job assignments. Ms. Jones is an honorably discharged veteran of the United States Army.  She drove an 18-wheeler cross country-alone.  She survived gang wars in the ghettos of Denver.  She has attended 10 major universities all over the United States and abroad, programmed computers, assisted the military in weapons design, and is extremely computer literate. She has over 40 years' experience in the work force. She is extremely tired of the stereotyped straight jacket profile they expect her to live up to of the delicate, pristine

Southern belle. These people hate ALL things White and Southern, but the thing they hate most is the image of the pristine and gracious White Southern lady. They will do ANYTHING to tarnish this image. They have tried to force the Plaintiff to use drugs against her will, convince her to get tacky tattoos needled all over her body, attempted to force her to date men outside of her own ethnic group.  There is nothing wrong with dating outside of your own racial or ethnic group if it is a VOLUNTARY action. Anything less is TRAFFICKING. Like former slaves, they believe she has some mysterious power over them that she simply does not possess and hold her responsible for every aspect of their lives.  The Black Ethiopian minister, Reverend Matthew Ashimolowo, made a comment in his famous book "What is Wrong with Being Black", that Black Americans are killing their own cause by thinking and behaving like slaves. He is right. They feel enormously threatened by any attempt on the Plaintiff's part to return to her own heritage. They have cut her off from any social interaction with people in her own racial, ethnic, religious, or cultural group.  Traffickers divide and conquer, humiliate, and degrade.  They use fear and intimidation to beat their victims into obedience. She is ever weary of the condescending depictions of the South like the ones she had to endure while working at the Mardi Gras Casino in Black Hawk.  She was assigned to a ridiculous manager who loved to play an overly exaggerated, syrupy sweet rendition of the dumb but ever faithful Southern lady, with 15 children and a Confederate thick Southern accent.  She has had more than enough of brainwashed useful idiots like the ones at the Mardi Gras Casino who blamed her for KKK lynching's while she was making sandwiches behind the deli counter.  The never ending unjustified "superiority" these people think they have is nauseating to the Plaintiff.  They are no better than anyone else.  Slavery is a heinous crime that was suffered by all races and ethnic groups and practiced in all parts of the United States and foreign nations. No people or culture are exclusively responsible for slavery. They are ALL guilty.  ALL races, ethnic groups, and civilizations have been both perpetrators and victims of slavery at some point in their history.  There were Black slave owners in the South and White slaves. Read the stories of Anthony Johnson, Antione DuBuclet, and William Ellison-Black men in the South who made a fortune from slavery and rivaled the cruelty and exploitation of their White counterparts.  The real story must be told. Our society cannot survive the constant race baiting and division.  These types of racial attacks infuriate the Plaintiff, exacerbate her PTSD, and contribute to poor mental health, not to mention interfere with her ability to competently perform the functions of her job.

9.  The Plaintiff was removed from fully six job assignments at People Ready just in April of 2020 alone, losing in excess of $5,000 in wages.   She was removed from 5 King Soopers assignments that were paying overtime, and then the LKQ Auto Parts assignment.  It always followed the same pattern.  Ms. Jones was stalked and harassed either on her way to a job site, at the job site, or returning from the job site by either a group of Muslims, Blacks, Hispanics, or a combination thereof. Many of them had served in the Armed Forces. At this point it becomes important to understand the overall context of the life that Ms. Jones was living at the time. She had been surrounded by violent gang wars in the projects, most of which were motivated by racial or ethnic rivalries.  She did not do anything to these people to encourage or cause this behavior. She simply lived in a violent area that was hostile to White people. She was not liked in the projects because she

refused to adopt their drug infested lifestyle or to personally associate with them in any way. Many of these people have truly little if anything in terms of material value or education, so respect becomes all the more important to them. It gives them a sense of value. If someone in the ghetto accuses you of "disrespecting" them, you, or someone you know can expect a violent beating or even murder in the near future. Being accused of "disrespecting" someone is a very strong warning. You never know what is going to set them off because anything can be disrespectful-wearing the wrong color shirt, not conceding your parking space, not inviting them into your home, criticizing anything about their mode of life or culture, even if it is true and you can prove it, thinking you are better than them in any way, failing to understand their social etiquette rituals. Ms. Jones was almost murdered after taking a parking space that one of them had just left. She chose that spot because it had no snow. The gang members' car had been parked there during the snowstorm. The girlfriend came over to the Plaintiff's apartment and threatened to shoot her with a 9mm if she did not move her truck from "THEIR" parking space. Ms. Jones refused to move her truck because it was a public street and no one in that complex had exclusive rights to the use of that parking space. The police were called and sided with Ms. Jones, but she was almost killed that day. Are you beginning to understand the ghetto? Are you beginning to understand why it is so very dangerous to force White people to live in this environment? If only the Lilly White privileged elite who have never even driven through a ghetto knew what they were doing to the poor White people they forced to live in one, we might have a chance. They are getting us killed. In the ghetto world, White people are the enemy. Nothing you can do will change that. The American insistence on total racial integration can often be life threatening for White people, so much blame and animosity is directed at them in our society. If you make more money or have a superior education, better keep it to yourself. You must always downplay your accomplishments or face attack. Remember, in ghetto culture, White people do not earn anything. They have what they have solely due to "racial privilege". Many of these people who stalked Ms. Jones at work had stalked her in the projects. She lived under the Denver Police Departments' gang unit protection services for six months. Law enforcement had to escort her everywhere she went-to the grocery store, to work, to school and everywhere else. Some of tormentors were gang members, some were People Ready employees or employees of the client, but the harassment was always either racially, ethnically, or sexually motivated. People Ready itself was infested with gang members. That is how the Plaintiff learned about the job-through gang members living in the projects. They liked the daily work/daily pay aspects of employment with People Ready and the fact that they could pick and choose their own jobs and make their own schedules. Ms. Jones was stalked at a King Soopers store in Northglenn by a Hispanic gang in April of 2020. They followed her to the job and were still there at the bus stop when she got off work. They did not threaten her on that occasion but the fact that they were even there seriously disturbed Ms. Jones. She was asked not to return to that job the very next day. The conversation in the break room on this assignment centered around what happened to a group of White people who used a gun in self-defense after being attacked by a Hispanic mob. The story was not a happy one. The White guys involved were charged with trumped up offenses and sent to jail when they were only protecting themselves. These gangs know how to work the system, having so long been a part of it. The message was clear. Do not think you have any right to defend yourself from a Hispanic mob if you are

White. Racial and ethnic identity are not that important to people outside of ghetto culture. Their world does not center around it. In ghetto culture, it is **EVERYTHING**!  Ghetto dwellers are on a holy jihad for racial justice against the great White oppressor in the sky and anyone who opposes them or gets in their way will be destroyed.  Even if you live in exactly the same way they do but you are White, you are still guilty as charged. Do not think you have any privacy from them.  They are very observant and know everything you do.  Nothing will go unnoticed. Ms. Jones lost her dream job at Globus and Cosmos at least in part because of gang members and ethnic rivals from the projects stalking and bad mouthing her on that job.  If you are White, you cannot go anywhere they can't go, can't do anything they can't do, earn any money they can't earn, socialize with anyone they can't socialize with, can't accomplish anything they can't accomplish, can't work anywhere they can't work, can't spend any money they can't spend, can't live anywhere they can't live, can't travel anywhere they can't travel,  because if you do, that makes you a RACIST!  **EVERYTHING** in their world is about race and ethnicity.  Why should this kind of treatment surprise anyone?  We see it in the news every day. How many careers and lives have been destroyed by accusations of racism, sexism, xenophobia, homophobia, White Supremacy, Jim Crow, or the myriads of other methods and strategies they use to have TOTAL control over White people? (Remember, trafficking is about control). In all fairness, not everyone in the projects is a racist.  Ms. Jones befriended a Chicano former gang member and learned a lot about the culture from him. The Hispanic church group across the street from Ms. Jones' apartment on King St. were exceptionally nice and welcoming people. She enjoyed hearing the beautiful Spanish hymns coming out of their church on Sundays. Yet, the gangs and racial justice warriors so totally dominated this culture that the kindness and decency of the good people went unnoticed. It is a shame.

10. No one wants to fight the Civil War every time they clock in for work.  As Ms. Jones mentioned before, she was stalked going to the job, working the job, returning from the job. These groups were usually either Muslim, Black or Hispanic but could also include White people or other ethnic groups. Their goal was always the same. To find some way to harass, intimidate, and punish the Plaintiff for being White.  Black people use the expression "Driving while Black."  White people should use the expression "Working while White.". She worked at job at the Aurora Event Center on Wadsworth Blvd. during which one of the Black male co-workers repeatedly called her a "Nigger" within earshot of the management but was never reprimanded.  Ms. Jones had to contact his employment agency to file a racial harassment charge on him.  At the end of this shift, Ms. Jones walked to the bus stop immediately in front of the building to get home.  She was followed by one of the Hispanic temps.  This woman had deliberately followed her outside to throw the topic of slavery in her face.  Ms. Jones had to sit at the bus stop for nearly an hour explaining the history of the Irish slave trade in the British colonies, the modern-day slavery in all countries in the world that is worse now than at any time in history, that California has the highest trafficking rate of all states in the United States, far more than Southern states. She had to explain the history of Mongol, Islamic and European slave raids on the White Slavic nations of Eastern Europe that were so massive in scope that the very name slavery is derived from them.  She talked about the forced prostitution that took root in these same nations after the collapse of the Soviet Union.  She pointed out the role the Spanish Conquistadors played in the enslavement and genocide of the Native

American indigenous populations in the Spanish colonies. Every day is a never-ending struggle to convince these profilers that White people were never exempted from the horrors of slavery and genocide, that the concept of White privilege and White supremacy preached in American schools is not entirely accurate. It leaves out the suffering of White populations altogether. The Hispanic temp was shocked that a White person would challenge her. She had probably never been challenged before, but the profiling and finger pointing has cost the Plaintiff an enormous amount of money, caused her an enormous amount of anguish and grief, nearly gotten her killed, and it must end.

11. The Plaintiff was assigned to provide sanitation at a King Soopers on Hampden Ave. during the COVID-19 epidemic. This time the race team was entirely Black and began harassing Ms. Jones as soon as she got off the bus. They began to direct comments at her such as "You will finally be my princess", or "I will so love you", implying that she was expected to be in a sexual relationship with them at some point. Their companions came into the store and caused a scene. The police were called. One patrol car had to stand guard in the parking lot her entire shift. She was asked not to return. She had done an excellent job at these locations, praised by both management and customers alike, but as soon as the race team showed up, these jobs dematerialized. She was not only cut from the Englewood King Soopers store after this incident but cut from all King Soopers stores. She has lost a small fortune this way. They want to blame her from some imaginary racial crime she did not commit.

12. The workplace today has become a civil rights podium-a place to right past wrongs and point out to "privileged majorities" the evils of their ways. One of the last jobs Ms. Jones worked before the COVID-19 outbreak was at the Pepsi Center doing stage breakdown for the Oprah Winfrey Weight Watcher's seminar. The other People Ready staffers were particularly obnoxious on this job, barking at her like a dog to get out of the chair when she sat down to wait for the shift to start. She was assigned to break down equipment in the hallways after the show and pack them in shipping containers. Her partner on this job claimed to be from South Africa and spent the entire shift explaining the evils of White government there. One of the black male employees handed her an electric cord, told her to coil it up and store it, grabbed it from her when he was not satisfied with how she did it, and rolled his eyes at her like she was a total idiot. She moved on trying to find something else to do and even asked several managers what else needed to be done. The trucks had not been fully loaded yet, but rather than give her something else to do, they sent her home. The black male had expressed his dissatisfaction with her intelligence level. No other employees assigned to that job were similarly treated. The remainder of them were allowed to complete the shift. While this is a small example, Ms. Jones frequently experienced this type of condescension on job assignments at People Ready. Despite many years of specialized education at a university level and decades of experience, Ms. Jones was never allowed to assume any responsibility. She was continuously assigned to the most menial tasks and the lowest paid jobs People Ready had available-dishwashing, cleaning up garbage after concerts and sporting events, changing trash can liners, construction cleanup. Minorities who did not have even half the education and experience she did were given far better jobs. Ms. Jones cannot recall ever working under a White

manager who was employed by People Ready. She was never allowed to make even the smallest decision as to how she would perform a job, but was intensely micromanaged, even to the point of being told how to fill a mop bucket or how to wrap cellophane on a salad dressing bowl.  She had thousands of hours performing these type tasks. Ms. Jones has worked in some of the finest restaurants, hotels, and casinos in the country, including the El Tovar restaurant in the Grand Canyon, the 5-star Lake Hotel in Yellowstone National Park, the Colorado Convention Center, the Ameristar and Monarch Casinos in Blackhawk, and Globus and Cosmos, the world's largest tour operator.  For that matter, she has a degree in Hospitality, Tourism, and Events from the Metropolitan State University of Denver, something which none of the managers at People Ready could claim.  Most of them had no education past high school. Yet, she was expected to kowtow to them just because of her race, quickly shot down if expressing any opinion or offering any suggestions as how to better perform a job.  Many of them later benefited from those same suggestions by claiming them as their own. On one assignment at Sports Authority, Ms. Jones was enlisted to direct traffic into and out of the parking lot.  It was not a difficult job and she handled it quite professionally. Then a Black male temp from People Ready approached her and told he she could not direct traffic. Only police officers were authorized to perform this function. He then attempted to direct traffic in her place. Some of the passing White sports fans were so alarmed by his verbal berating that they intervened and ran him off. The Ute Indians and their Black friends laughed hilariously when they saw the "privileged" Southern belle lifting heavy trash bags at Coors Field on overnight People Ready shifts. The Hispanic manager supervising trash removal on these shifts never failed to mention that he did not care what White people think. Ms. Jones was not allowed to talk on the job. People began to notice the abuse.  On one occasion several White males who were acquainted with Ms. Jones' problem had to escort her on the shuttle bus to get to a football game being played at the Boulder stadium and then had to escort her on campus to get to the job site. Could anyone perform at an optimal level when they had to work with racist monsters like these?

13. What happened at the Bank One Arena in Broomfield?  People Ready needed help cleaning up the stadium after a concert. Ms. Jones gladly accepted the job because she needed the money.  She was paired with another White girl to scrub toilets and mop floors in the bathrooms. Everyone else, including the supervisor of the shift, was Hispanic.  This is an enormous task, and it takes all night to do it.  Ms. Jones and her partner worked quickly and tirelessly to get the job done by the 8 o'clock deadline the next morning.  She was very courteous to the other staff members, did not complain about the enormity of the job, and completed the job on time.  She was then called into the Hispanic managers' office at the end of the shift, severely reprimanded for some non-existent offense and told never to return.  Then he refused to sign the time sheet. When Ms. Jones and her White companion got in their car to return home, the police had been called and they were escorted off the property by a squad car. Ms. Jones did not have any criminal record at that time, had not committed any crime or threatened anyone, and to this day does not know what gave rise to this treatment.  Her White friend could not figure it out either.  They had to spend several hours on the phone with the staffing agency to get paid. She has never returned to work at the Bank One Arena. In legal terminology this is called race-based blacklisting, and it has happened all too often without justification at People Ready and

other staffing agencies.  Race-haters and race-baiters will oftentimes make things up to get even with or get rid of racial competition to keep the job for themselves.

14. At some point People Ready sent Ms. Jones to clean RVs on a lot very close to the Federal Center Station in Lakewood. They also sent two Black men.  Can anyone guess what came next?  Was she called a "Nigger"?  Of course.  Did anyone do anything about it?  Of course not. Did these two Black men criticize her excellent job performance the entire shift?  Absolutely.  Did she have to listen to sexually demeaning comments? You bet she did.  Was she ever hired back to that job? Does anyone have to ask? No, she was not. How do traffickers ensnare their victims? As stated at the end of this report, if their targeted victim is not already helpless and desperate, they will create the circumstances to make them that way and move in for the kill. Traffickers will target stable housing situations, gainful or well-paid employment, educational opportunities, and supportive personal relationships-in other words, anything that will allow the victim to move up in society and end their dependence on them. The object of trafficking is complete control.  District Attorneys will look at the degree of control the perpetrator had over the victim when deciding whether to prosecute it as a trafficking case or not.  Targets are frequently separated from family, friends, and anyone else who could recognize what is going on and intervene.  A "divide and conquer" approach works well for them.  They attack the personal and professional reputation of the victim to ensure that future opportunities are cut off.  They may label the victim an "alcoholic", "drug abuser", "whore", "unreliable", "troublemaker", "gold-digger", "racist", "slow", "incompetent", or some other label to make the victim a less than desirable hire, and therefore easier to manipulate.  They will stalk their prey at their job sites and spread nasty rumors to the management in an effort to have them fired.  They will use false criminal accusations, harassment, intimidation, and violence to keep their victims "in their place".  Once the victim has been rendered unemployable and becomes homeless, they are in the trap.  Unless law enforcement intervenes, there is usually no way out.  99% of human trafficking victims are never freed. Human trafficking is motivated by sex, greed, an insane desire to control, or for a source of cheap labor. Did she have trouble getting paid?  You guessed it. Absolutely. It took several phone calls to finally see a paycheck.  The victim's mother, who is very familiar with this case, once made the statement "How many times do you have to start over?" How many times does she have to start over? How many cases does she have to report to the EEOC, how many lawsuits does she have to file in court, how many restraining orders does she have to seek, how many social agencies does she have to petition for help, how many law enforcement officers and security guards have to be dispatched, how many hidden cameras does she have to deploy, how many lawyers does she have to consult before it all just goes away?  Can we please stop this?  Thank you.

15. Ms. Jones was not allowed into the Rolling Stones concert in Denver on August 10, 2019, because she arrived 5 minutes late. The Hispanic manager on duty stopped her at the back entrance and would not let her in. Traffic was severely congested that day due to the concert and the buses were running behind schedule. She did call People Ready and apprise them of the situation. They told her on the phone it would not be a problem.  The Hispanic female manager on duty at the back gate still would not allow her in even

though other non-White late arrivals were allowed in. Ms. Jones had been a passionate fan of the Rolling Stones since her youth. Being assigned to ground security at a Stones concert front and center of the stage was one of the most joyous events of her life.  She had waited 40 years to see them in person. She broke down in tears, but the Hispanic manager was not moved and would still not allow her in.  She was very hurt and disappointed and completely disillusioned that anyone could be that cruel.

16. Ms. Jones was DNR'd (do not return) by Argus at the last Bronco's game of the season on 12-29-2019 because she did not want to go through purses and pat people down at the security gate. She is Islamic and did not feel comfortable touching other people's bodies in intimate places. Wanding is OK because it does not involve touching. She had always been assigned to wanding on previous jobs. She explained this to the manager on duty (name unknown) but rather than assigning her to another job, and plenty were available, he sent her home without pay and she was permanently barred from doing any further jobs for Argus.  She was not told beforehand what her assignment would be.  That is determined on the job site by the on-duty manager. She did explain her reason for disliking security to the manager on duty at Sports Authority Field. Managers know or should have known that they must accommodate religious differences.  Religion is a specifically protected category under civil rights law. He had no excuse.

17. -Back in November of 2017 the Labor Ready office in Aurora, Co. sent the Plaintiff to work the Salvation Army kettle at a Walgreens at 24250 E Smokey Hill Road. There was no bucket at the store when she arrived, and she had to wait an hour for them to bring it in. She had no minutes available on her personal cell phone, so she had to use the store phone several times to call the Salvation Army and tell them to bring the bucket. The store manager had given her permission to use the store phone. She also had to use their phone to get a bus schedule to get home and once again had full permission from the store manager. She also asked the store manager to let her use the microwave in the employee break room to heat up her lunch and he once again gave her permission. When she returned the next day, she was notified that her shift had been cancelled because of excessive use of the store phone and unauthorized use of the employee break room. The Smokey Hill location was a two-hour bus ride from where she lived downtown but People Ready only paid her for two hours. It is worthy to note that all the employees at the Aurora, Co. People Ready branch that dispatched her to this job were black including the manager, Elliot. The Plaintiff is White.

18. The Plaintiff was dispatched out of the Thornton People Ready store to ring the Salvation Army kettle once again during the Christmas season of 2018. The kettle is placed in front of the outside door directly under a security camera. Once the customer places the money in the pot, it cannot be removed without the key. The bell ringer must place the pot

behind the customer service counter any time she goes to the restroom, takes a break, or leaves her station for any reason. The customer service counter has approximately 6 security cameras overhead.  The cameras would clearly show the Plaintiff returning the kettle at the end of her shift and strictly following the guidelines for storing it behind the counter on breaks.  Ms. Jones followed all these guidelines religiously.  The day after the bell ringing season ended, she was called by a Hispanic manager at People Ready inquiring as to what had happened to the kettle. They claimed they could not find it and wanted to accuse the Plaintiff of stealing it.  Once confronted with the camera situation, they had to back off. It could have so easily been proven that they were lying.  No non-White employees were similarly treated.  The Plaintiff was singled out for these kinds of abuses because of her race-White.  After looking at all these incidents together, a very distinct pattern emerges. They specifically target Ms. Jones because of racial and ethnic stereotypes of the White people and a desire to get even for perceived social injustices. This happened with such frequency and predictability it could only have been done on purpose.   The management and staff at People Ready screwed up almost every job Ms. Jones worked in some manner.  Nobody could be that incompetent unless they were trying.

19. As bad as the scenarios above truly are, they are only the tip of iceberg. If the Plaintiff were to explain every racial slight, every "microaggression", every threat, every discriminatory action, every hate-crime, every racially motivated setback, every racially orchestrated attack, every insult that she had experienced in the last twenty years, it would take up a 500-page volume. Her case is not one of just racial discrimination but outright racial persecution. The Plaintiff will supply many more examples these violent and discriminatory practices, but due to filing deadlines, cannot do it at this time.


CLAIM THREE:   FAILURE TO PROMOTE, FAILURE TO TRAIN FOR MORE RESPONSIBILITY AND BETTER JOB ASSIGNMENTS, FAILURE TO ASSIGN PLAINTIFF TO BETTER PAYING (OFTEN TIPPED) JOBS BECAUSE OF HER RACE, ETHNICITY, SEX, AGE, DISABILITY, PERSONAL LIFESTYLE, OFF-DUTY LEGAL ACTIVITIES AND POLITICAL STANCES, FAVORITISM TO PEOPLE OF OTHER NATIONAL, ETHNIC, POLITICAL AND LIFESTYLE GROUPS:  The Plaintiff worked for People Ready for over 10 years.  The Plaintiff has extensive experience in the hospitality industry including jobs as a server, busser, banquet server, bartender, steward, cashier, light cook, prep cook, housekeeper, dishwasher, taxi driver, host, tour guide, entertainer, salesperson of luxury tours and vacation condos, ticket taker, floor security, gate security, ground transportation, conventions, and world traveler. She has been an employee at some of the finest casinos, restaurants and hotels in the United States including the Ameristar Casino in Blackhawk, The Monarch Casino in Blackhawk, the Grand Z and Golden Gate Casinos in Blackhawk and Central City, the El Tovar in the Grand Canyon, and the five-star Lake Hotel in Yellowstone National Park.  She has worked numerous assignments at most of the major hotels in downtown Denver and the Denver Tech Center. She has worked massive conventions and corporate events all over the Denver Metro area and the Colorado Convention Center.  She worked as a salesperson for the largest tour operator in the world-Globus and Cosmos Tours, headquartered in Switzerland but operating its' US

headquarters in Littleton, Co.  She studied International Business at Auburn University, Hospitality, Tourism and Events at the Metropolitan State University of Denver, Computer Applications at the Community College of Denver, Denver University, Emily Griffith Technical College, and Southeast College of Technology. She even did a study abroad in the Czech Republic while a student at Metro State, studying some of the best hospitality venues in the world. Yet, People Ready refused to assign her to anything except the most menial jobs they had available, assigning far less qualified people to the lucrative and career advancing jobs based on cronyism and racial, ethnic, political, and sexual orientation favoritism. A person with the qualifications of the Plaintiff should not be permanently stuck in jobs picking up the garbage off the stadium floor after football games and concerts.  Her abilities and knowledge would have been much better utilized elsewhere. People Ready and many other employers in the Plaintiff's past have attempted to use her livelihood and career to advance their own social agendas and force her to conform to their political stances and lifestyle choices or face social ostracization and blacklisting. It is time for this nonsense to stop.  The Plaintiff is under no obligation to any employer to conform to their political beliefs, lifestyle, or religious orientation as a term or condition of employment. The Plaintiff will no longer be used as a scapegoat for societies' shortcomings.  She is not a martyr for humankind, nor should she be required to become one as a term or condition of employment.  She will not be nailed to a cross to atone for the sins of humanity.  No employer, social or political agenda, religious organization, or special interest group will blame her skin color for their own failures.  They will no longer use racial guilt as an excuse to traffick or enslave her.  Their race hate and bigotry will no longer dictate her career.  It is the Plaintiff's turn to be free at last.

CLAIM FOUR:  FAILURE TO ACCOMMODATE DISABILITY:

The Plaintiff suffers from Post-Traumatic Stress Disorder after many years of being forced to live in low income areas where she was both the minority and the frequent victim of racial hate crimes. The Plaintiff lived in a Denver Housing Authority property for many years and witnessed racial violence up close and personal.  From the first day that Alison D. Jones moved into DHA property, the Black neighbors blasted extremely loud and racially inflammatory rap music through her walls to the extent that she could not sleep, relax, or function. They began to shoot guns outside her back door, attempted to run over her while taking out her trash, lit fires in the Dempsey dumpster next to her apartment, pointed loaded rifles at her back while getting into her truck, called her a "Nigger" every time she walked outside her front door, threatened to shoot her with a 9mm for parking in "THEIR" parking space on a public street. They stood outside her doors at weird hours of the day and night, openly discussed how they would divide her property once they managed to get her evicted, made up insane lies such as claiming she exposed herself on her front porch one morning, stalked her in grocery stores and at her church, and generally made her life a living hell.  They stole her truck and went joy riding with it, dropping it off two weeks later a side street. The Plaintiff had to spend several thousand dollars to restore it to working order.  They even stole her $2 welcome mat she had purchased at Wal-Mart. The flowers and bushes she planted outside her apartment at her own expense lasted one day.  They were dug up and relocated to other residences in the middle of the night. They taunted her when she delivered pizza to their door, asking why she had to leave in such a hurry. Did she have a problem with Black people? Was she scared? No, she had to make a living. Her truck was severely vandalized when she did not have the time to give a Hispanic resident a battery charge on a pizza delivery. Although the Plaintiff lived exactly like other residents, they still blamed her race and

skin color for their condition in life.  Ms. Jones had never said so much as said an unkind word to any of them, yet her "racism" was the sole reason they lived in this public housing hell and drew welfare. One of their favorite questions was "How does it feel to be a nigger?' If only she would stop "oppressing" them, they would all live in a half a million-dollar mansion and drive a Rolls Royce. Oh, those evil White people! The Plaintiff lived in close proximity to murders, gang wars, rapes, property vandalism, arson, gunshots, racial hate crimes and racial retaliation.  The joke in the neighborhood was why waste your money on cable TV when you can just open your curtains? She was hospitalized three times and nearly died due to the excessive stress and anxiety attacks brought on by being forced to live in a racially hostile environment where people expected her to accept being trafficked, while law enforcement blatantly ignored human trafficking laws. Some residents were even selling their own teenage daughters into prostitution on W. Colfax. Yet, whenever she complained about it to the management, they only called her a racist and did nothing to stop it.  By their inaction, they encouraged the behavior. The SWAT team had to be called in numerous times. Ms. Jones came home from work one afternoon to a smoldering battlefield of burning furniture, smashed windows and doors, trash and debris strewn all over the place. The only thing missing were charred remains. People were literally being dragged to squad cars and carted off to jail. No, it was not the Army.  It was the SWAT team. Yet, DHA was never charged with anything.  No person could live with the double standards and insane racial bigotry of the Denver Housing Authority without permanent mental scars.  Sadly, the Plaintiff is no exception.  After years of mind-numbing violence and racial abuse in the projects, the Plaintiff developed PTSD. She was unable to contain her anger and irritation with the incompetent management of Jax and other the other racist managers at People Ready.  She become upset when they refused to pay her.  Jax at People Ready interpreted this behavior as insubordination and terminated her employment. This was not the first time that People Ready had withheld pay.  It had become a common occurrence. Considering the circumstances under which Alison lived and the ensuing PTSD (considered to be a disability), People Ready had no legal right to call her outburst insubordination or use it against her. People Ready was clearly in violation of the law when they did not pay her for the job.

CLAIM FIVE:  DIFFERENT TERMS AND CONDITIONS OF EMPLOYMENT:  The Plaintiff was treated very differently and offered quite different opportunities based on her racial and ethnic identity.  Once again, the racist assumption in the United States is that White people are all privileged and non-White people are all oppressed.  People Ready shared this outrageously biased philosophy and showed no shame about openly discriminating against the Plaintiff because she is White and openly showing preferential treatment to non-Whites.  This started at the bottom and went all the way up to management. Other employees were not:

- Repeatedly called a "Nigger" on most of their jobs.
- Removed from jobs because they were being stalked by violent gangs.
- Terrorized by stories of horrific murders committed by violent gang members.
- Threatened with physical violence for "disrespecting" a Black man when they had not said a word.
- Repeatedly denied pay for work performed.
- Relegated to jobs at the bottom of the pile with 20 years of hospitality experience and a college degree.
- Denied entrance to jobs because they were five minutes late when no other employees

were similarly denied.

- Forced to go to work under police protection or assigned a security guard because of racial violence.
- Denied advancement despite an incredibly good work history.
- Falsely accused of theft.
- Continuously ridiculed because of their racial and ethnic identity.
- Permanently denied employment for exercising a religious right.
- Adversely impacted by employment decisions made based on personal lifestyle.
- Denied the right to talk on a job.
- Had to have a Marine stand guard over them while working a concession booth at a baseball stadium.
- Need we list more?

CLAIM SIX:  SEXUAL HARASSMENT/SEXUAL DISCRIMINATION/QUID PRO QUO/TRAFFICKING:  American society has become so obsessed with total racial integration that in some ways it meets the legal standard for human trafficking. White people in general and White women in particular, no longer have full decision-making authority over their own lives or personal relationships. Your career, your income, your upward mobility, your social standing, your reputation, all depend on how well-integrated you are with other racial, ethnic, and cultural groups.  We all have a right to work, use public facilities, get an education, live free from fear and harassment, and freely choose with whom we associate,  but when you are FORCED to be in personal relationships as a term or condition of employment or when employers or co-workers believe that they have a right to choose the color of your sexual partners as a term of condition of employment, it is most definitely sexual discrimination and could even qualify as human trafficking.  NO woman should ever be required to date or provide anyone with sexual favors to hold down a job.  NO person should ever be made to feel that their cultural or ethnic identity has no right to exist.  The pressure on White women to date, marry and have sexual relationships outside of their own racial or ethnic group is enormous.  The Plaintiff was repeatedly stalked by interracial couples both on and off her jobs at People Ready.  These interracial couples never failed to stop at whatever workstation she was assigned to, rub all over each other in very intimate spots, kiss very heavily and inappropriately for a work environment, and sneer at Ms. Jones in utter contempt.  They would even follow her into the Central Library downtown and have extremely loud conversations behind her back while she was studying for licensing exams, pound their fists very heavily on the computer desks and start fights at her computer table, yell at her to stop staring if she happened to glance in their direction, and sit next to her computer terminal to be able to spy on everything she accessed on the internet. They would walk into the fourth-floor computer lab and scream at the top of their lungs that they had just been released from prison. The homeless ones would come in smelling like garbage and wait as long as it took to sit next to her computer station to instill guilt for her "White privilege."  Computer use in the public libraries is free.  You do not have to be "privileged" to access them. They hacked into her personal cell phone and personal computer.  Mexicans would lay in wait at the bus stop right outside the Central Library and offer Ms. Jones whiskey, marijuana, and money for sex to see if they could find some new way to attack her moral character. Traffickers try to justify their own behavior by passing the blame onto the victim. If they can convince others that she is of low moral character, they are off the hook. Sadly, it works all too often, even in the court system where the judiciary

should know better.  Ms. Jones is not of low moral character.  Some people might consider two drinks before bedtime pushing the envelope, but she has no other "vices". The Hispanic women at various job assignments with People Ready, such as the kitchen detail at Coors Field or Sports Authority, loved to show her cell phone pictures of their Black boyfriends and brag about the enormous size of their body parts. Many different Hispanic women did this on many different occasions on many different jobs both with People Ready and other staffing agencies. It is obvious they were acting in conjunction with each other to harass Ms. Jones.  The implications of their actions were very clear-date Black men or lose your job.  One young Black transgender to female People Ready temporary employee made sure to be assigned to every job Ms. Jones worked at the Western Stock Show complex, desperately hoping to catch her doing anything that could be attacked as discriminatory.  Monica was a delightfully entertaining person to work with, and Ms. Jones became very fond of her, looking forward to the joint assignments. Yet, it almost amounted to stalking. Monica would even follow Ms. Jones into the bathroom and cling to her at every juncture. People Ready made sure that Monica and Ms. Jones always got assigned to the same jobs, including working an Easter celebration at a country club in the mountains.  Once again, Monica and her gay sidekick, James, were very funny people and a joy to work with, always leading to a memorable assignment, but we have to wonder if the religious people at the Easter event with their families and children really appreciated the gay comments like the one from James directed to Monica, "Bitch, it's time to go.  Go grab your purse!", or James passing around cell phone pictures to the staff that showed sandwiches in a deli cooler shaped into vaginas.  The Muslim past did not like Ms. Jones working with gay people and began to stalk her carpool home with James and Monica.  Thankfully, no one was harassed or hurt by them, but it demonstrates the authority they felt they still had over Ms. Jones. There were no more shifts with Monica or James after the stalking incident. Can you see how the racial and ethnic obsessing over Ms. Jones became so pervasive and disruptive of her working life that it created a hostile and unnavigable work environment? Could anyone ever imagine it would be this difficult just to go to work every day?  Can you imagine having to be escorted by a police gang unit or assigned an undercover security detail just to have a job?

The conduct complained of in this claim involves the following: (*heck all that apply*)

   ____ failure to hire       __X__ different terms or conditions of employment

   _X_ failure to promote       __X__ failure to accommodate disability

   _X_ termination of employment      __X__ retaliation

    _X__ other: possible human trafficking

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

   _X__ race      _X__ religion      _X__ national origin      _X__ age

   _X__ color      _X__ sex      _X__ disability

The following statement is copied directly from the FBI website, human trafficking section, found at fbi.gov/investigate/violent-crime/human-trafficking:



Of particular concern to us is the section stating **"Here in the United States, both U.S. residents and foreign nationals are bought and sold like modern-day slaves.  Traffickers use violence, manipulation, or false promises of well-paying jobs, or romantic relationships to exploit victims. Victims are forced to work as prostitutes or take jobs as migrant, domestic, restaurant or factory workers with little or no pay.  Human trafficking is a heinous crime that exploits the most vulnerable in society.**

The Plaintiff is not accusing People Ready of human trafficking per se (unless, of course, they are guilty), but her experiences there are part of and representative of the human trafficking problem that she has experienced in every facet of her life for several decades.  As explained by the FBI, the National Human Trafficking Resource Center, and other credible sources familiar with modern-day slavery, traffickers use violence, threats of violence, fraud, force, or coercion to pull in and terrorize their victims.  They target the most vulnerable in society-the homeless, the poor, the unheard.  If their targeted victim is not already helpless and desperate, they will create the circumstances to make them that way and move in for the kill. Traffickers will target stable housing situations, gainful or well-paid employment, educational opportunities, and supportive personal relationships-in other words, anything that will allow the victim to move up in society and end their dependence on them. The object of trafficking is complete control.  District

Attorneys will look at the degree of control the perpetrator had over the victim when deciding whether to prosecute it as a trafficking case or not. Targets are frequently separated from family, friends, and anyone else who could recognize what is going on and intervene. A "divide and conquer" approach works well for them. They attack the personal and professional reputation of the victim to ensure that future opportunities are cut off. They may label the victim an "alcoholic", "drug abuser", "whore", "unreliable", "troublemaker", "gold-digger", "racist", "slow", "incompetent", or some other label to make the victim a less than desirable hire, and therefore easier to manipulate. They will stalk their prey at their job sites and spread nasty rumors to the management in an effort to have them fired. They will use false criminal accusations, harassment, intimidation, and violence to keep their victims "in their place".

Trafficking victims may be employed and earning money but have no control over how it is spent. Victims may be getting paid but are getting paid far less than someone else would get paid for the same job or get paid far less than what the job is worth. Traffickers may arrange to have the victim paid less and pocket the difference. The employer may withhold earned commissions for some contrived reason, convincing the employee they will be rewarded with a better job or higher pay down the road (which, of course, never materializes). They may withhold money earned in a tip pool, claiming for example, that temporary employees are not allowed to participate, and keep the reward for themselves. They may come in behind tipped employees and claim they are collecting the tips to be "fairly distributed to all employees" at the end of the shift only to keep the lion's share for themselves. They may charge employees for things that other employees are not charged for such as employee meals or uniforms and keep the money. They may charge or overcharge employees for transportation to and from jobs that other employees are not required to pay, such as requiring casino employees to pay for casino shuttle transportation to and from the mountain job site. If they have the good fortune to hire a particularly gullible employee, they may even convince them that they deserve to be treated this way as some sordid form of "social justice" for real or imagined past grievances. There is no end to the creativity of the criminal mind. And let us not forget the oldest of all the cons-you have to sleep with somebody to work here. The Plaintiff has experienced all these con game scenarios on her various jobs with People Ready at some time or another. Modern-day slavers have learned to cover their tracks so there is no outward appearance of wrongdoing while their victims cower in fear and live in undeserved poverty.

Victims are steered to jobs that are far below their educational or skill level, paid far less than what they deserve, and often discouraged from asking for help or even aware that help is available. They may even be fearful of their lives if they do ask for help. Oftentimes, court intervention is their only hope. Hence, filing these types of lawsuits becomes paramount to their freedom. Sadly, law enforcement does not always recognize human trafficking for what it is or fails to prosecute it when they do.

For the current victim, Alison D. Jones, the terror was racially motivated, an attempt to eke out "racial justice" at her expense. She was stalked, sexually assaulted, terrorized, threatened, had her property vandalized, stolen and destroyed, forced into personal relationships not of her own choosing, offered drugs repeatedly against her will, accused of crimes she did not commit, thrown out of housing based on frivolous charges, grossly underpaid, denied advancement, steered into positions below her capability, all based on some misguided vigilante justice that blamed her for

past oppression and injustices committed against non-Caucasian people.  Most of these crimes were never prosecuted. Trafficking victims are rarely afforded the same protection under the law as other groups, which may explain why they are trafficking victims. The previous list of offenses was not necessarily committed by People Ready management but are explanatory of the general environment of hate and blame she was forced to endure for years, a mentality that spilled over into her employment with People Ready and often made it a dangerous place to work.  Bear in mind that the people who commit these atrocities are not always non-White. Other White people can be just as brutal if they believe their victim is somehow not "woke" enough for their standards.  We see this in the news daily.  Group mentality will pounce on an innocent victim if they believe it will elevate their status in the group in some way.

The tragedy of all of this is that the victim is herself 25% Native American, having a grandfather who was a pure-blooded Cherokee on her father's side.  (She recalls being persecuted as a child for being a "half-breed").  Her maternal ancestral roots are predominantly Irish, millions of whom were sold into slavery in British colonies all over the world, including North America.



She was herself married to a practicing Muslim for 5 years and lived in an exclusively Muslim community for 8 years.  She lived in a predominantly Hispanic community for 9 years and has good Hispanic friends.   Yet, despite that and the fact that she is herself a trafficking victim, she is frequently called a "racist" or "White supremacist" by Native Americans, Muslims, and Hispanics alike when it becomes politically expedient for them to call her that and sometimes targeted for racial hate crimes, both on and off the job. Ask the Denver Police Department and SWAT teams what happened between 2006 and 2015 around 13th and King and Lowell Streets in Denver, Co.

While People Ready cannot be held liable for activities or crimes that occur off their job sites, it is important to understand this backdrop to understand what happened at People Ready and why. Unfortunately, problems in society too often work their way into the workplace, often with tragic consequences.  The Plaintiff's career was destroyed in its entirety by "political correctness".  The slightest word or deed was evaluated for its "secret" racial intent and meaning and used to slowly strangle the life out of her career chances, both at People Ready and at other places of employment.  The Plaintiff will give a brief description of events occurring in her personal life that affected her employment at People Ready, condensed accounts of racial abuses on other jobs, and will also recount incidents of discrimination and intimidation on People Ready assignments.

All of this gives an overview of the racial and ethnic climate in which the Plaintiff is actually expected to make a living.  Could anybody survive and thrive in this environment?

People Ready may argue that they were not aware of these incidents, but that is simply not true.  Management did itself make many of the discriminatory decisions and assignments.  The Plaintiff also reported it to the Human Resources Department in Tacoma, WA.  An exact copy of that complaint is included at the end of this dialogue.  She also made anonymous complaints in writing, so as not to jeopardize her own employment.  She was also forced to make numerous complaints over the years to the Department of Labor for the failure of People Ready to pay her for jobs she had worked.  The Plaintiff can obtain these complaints through the Freedom of Information Act if necessary.


THE FOLLOWING IS AN EXACT COPY OF THE COMPLAINT FILED WITH THE HUMAN RESOURCES DEPARTMENT OF PEOPLE READY IN MAY OF 2020 DESCRIBING THE DISCRIMINATION AND HARASSMENT THAT WAS OCCURING AT THAT TIME. THE MANANGEMENT AT PEOPLE READY CANNOT CLAIM THEY WERE NOT AWARE OF THIS ABUSE:

May 25, 2020

Collette Nelson-Hayward

Human Resources

1015 A Street

Tacoma, WA 98402

Dear Ms. Hayward:

To outsiders Denver seems like a peaceful, harmonious place where different cultural and ethnic groups co-exist in perfect unison. If you live here long enough, however, a different portrait begins to emerge. Denver is actually sharply divided on the issue of ethnic identity and cultural conflict abounds. One of the major pastimes here seems to be finding someone else to blame for one's place in life and that blame is usually assigned based on race or ethnic identity. I am myself a victim of this mentality. I have experienced enormous harassment over the years because of my place of ethnic origin and the massive stereotypes and profiles that surround it-the American South.

People here have an erroneous view that because of my skin color (white) and my place of national origin (the American South), I somehow possess a magical, mysterious power to dictate the outcome of their lives. I have been blamed for everything from Ku Klux Klan lynching's to minority unemployment rates. The truth is I am out here struggling just as hard as they are. Denver is a very expensive place to live. I can assure you I have never known anyone in the Ku Klux Klan, and I have no control of the financial condition of other people's lives. Yet the

finger-pointing, race-baiting, race-obsessing never ends. Their fanaticism to "punish the South" is almost religious in its zeal. It has cost me hundreds of thousands of dollars in lost employment income and important personal relationships.

This "holy crusade" has taken the form of stalking, property vandalism, name calling, racial slurs, gunshots, sexual assault, housing discrimination, employment discrimination, falsifying grades at my university, frivolous lawsuits, and false criminal accusations. If I outperform or over-achieve ethnic groups, it is attributed not to my ability or talent but to racial privilege. They

must keep me at the same level as everyone else to avoid claims of racism even when that means racially discriminating against me. I am not allowed to assume greater responsibility or to move up the ladder. This fanatical race-obsessing has spilled over into my places of employment and has cost me numerous jobs including my job at People Ready. I was unlawfully terminated from my job at People Ready in Denver in retaliation for arguing with a Hispanic manager who illegally refused to pay me. I am asking to be reinstated and financially compensated for the jobs they discriminatorily cut me from for no reason other than their own racism.

I have plenty of credible witnesses that this harassment is taking place. This is not simply a matter of my word against theirs. I have had to live under police protection, the SWAT team has visited my neighborhood numerous times, people have been arrested, and my case is now under investigation by the FBI Human Trafficking Division. This is the backdrop against which I have to go to work every day.

Let us get to People Ready and the events that led up to my termination. I have worked for People Ready for over 10 years and for the most part it has been a positive experience. People Ready is by far the most convenient system for daily pay work. I love Job Stack and the pay card is fantastic. We do need to be able to submit hours in the app rather than a paper pay sheet. We also need an UNDO button in case we accidentally remove ourselves from a job we meant to keep or add ourselves to a job we did not. Paper pay sheets are part of where my problem started.

The most recent bout of discrimination started in April of 2020 out of the People Ready office at 1340 S Sante Fe in Denver, Co. I lost my warehouse job in March of 2020 due to the corona virus. People Ready was offering numerous shifts sanitizing the various King Soopers grocery stores in the area. I was very happy to get these shifts because that was the only thing available. I have always been a very hard worker, courteous to staff and customers alike, and reliable. With rare exception I have always been welcome back to any job. The management at King Soopers frequently complimented me on the good job I was doing, and customers greeted me with "God bless you" and "Thank you for the good job you are doing." I felt good about helping people to be safe from the corona virus. In spite of the positive feedback People Ready

started removing me from these jobs due to the unwelcome racial and ethnic harassment I was receiving at these job sites. Remember, this is a human trafficking case. People from my past-Muslims, Hispanics, Blacks-have frequently stalked and harassed me at work sites, thinking that I am obligated to include them in every aspect of my life because of my race. I reported this to the FBI in May of 2017 as a racial hate crime/human trafficking case. The FBI has worked undercover at some of my job sites. The race-obsession crowd has in times past spread nasty and

untrue rumors about me at work and in the process cost me much earned raises and promotions. This case was no different. Their vindictiveness against me for offenses I did not commit and of which I am not guilty never seems to have an end. Their retaliatory actions are motivated by racial stereotypes of the South. Some people are still fighting the Civil War. I was not allowed to return to LKQ Body Parts at 6100 Federal Blvd. after an Islamic customer came in and started a fight with the management over a business dispute and the fact that they allowed me to work there. (In extreme Islamic cultures, women are not allowed to work out of the home. My ex-husband is Islamic, and many Muslim men believe they still have authority over the women in their lives even after a divorce. I have been stalked by these people since my divorce in 1985. It has cost me a fortune in lost employment opportunities.} The FBI has witnessed this process at work on some of my other jobs. They have actually placed undercover FBI agents on some of my previous work sites (not with People Ready). These detractors use the "racism" argument to control where I work and with whom I socialize. They think that because I am from the South, I am an easy target for their con games. I witnessed them congregating in the parking lots of some of the King Soopers where I was assigned and stalking me at nearby bus stops. The police were called to at least one of these locations at 101 Englewood Pkwy. in Englewood, Co and had to stand guard in the parking lot for most of the shift. The following is copied from the FBI website at Human Trafficking/Involuntary Servitude — FBI. My case falls under the involuntary servitude aspects of human trafficking law-being forced into jobs that are far below my capabilities and paid obscenely less than what they are worth. People Ready is definitely guilty in this regard. They have ridiculed me on jobs, subjected me to racial profiling and associated harassment, micromanaged me, belittled my abilities and education, refused to promote me, refused to train me for better positions, taken me off of jobs

for discriminatory reasons, blocked me from returning to jobs for discriminatory reasons, failed to pay me for jobs, and all in all treated me very differently because of my race and ethnic identity. They ultimately terminated my employment for discriminatory and illegal reasons-racial and ethnic profiling and retaliation for demanding to get paid in a timely manner. I can acquire the numerous Department of Labor complaints I have filed over the years after failing to get paid for various shifts. I would have to go through the Freedom of Information Act so it would take time.

Human Trafficking

Human trafficking is the illegal exploitation of a person. Anyone can be a victim of human trafficking, and it can occur in any U.S. community—cities, suburbs, and even rural areas. The FBI works human trafficking cases under its Crimes Against Children and Human Trafficking program. We take a trauma informed, victim-centered approach in investigating these cases.

Here in the United States, both U.S. residents and foreign nationals are being bought and sold like modern-day slaves. Traffickers use violence, manipulation, or false promises of well-paying jobs or romantic relationships to exploit victims. Victims are forced to work as prostitutes or to take jobs as migrant, domestic, restaurant, or factory workers with little or no pay. Human trafficking is a heinous crime that exploits the most vulnerable in society.

Under the human trafficking program, the FBI investigates:

§ Sex trafficking: When individuals are compelled by force, fraud, or coercion to engage in commercial sex acts. Sex trafficking of a minor occurs when the victim is under the age of 18. For cases involving minors, it is not necessary to prove force, fraud, or coercion.

§ Labor trafficking: When individuals are compelled by force, threats, or fraud to perform labor or service.

§ Domestic servitude: When individuals within a household appear to be nannies, housekeepers, or other types of domestic workers, but they are being controlled and exploited.

During the months of March and April of 2020 I was removed from the following shifts in spite of glowing reports from the management:

-The King Soopers at 15594 E 12th in Aurora, Co. (1 week job)

-The King Soopers at 101 Englewood Pkwy in Englewood, Co. (2-week job)

-The King Soopers at 1650 E 30th in Boulder, Co. (1 week job)

-The King Soopers at 3801 E 120th in Thornton, Co. (1 week job)

-The King Soopers at 1950 Chestnut Pl. in Denver Co. (1 week job)

-The LKQ Parts Store at 6100 Federal Blvd (1 week job)

I was cut out of 7 weeks of work at King Soopers at $13.50 per hour for a total of $3,780 in lost wages not including some hours that would have been overtime and 1 week at LKQ Body Parts (What was communicated about this assignment ending) at $14.00 an hour for a total of $580 in lost wages. Grand total-$4,330 not including overtime. (what were you told about your assignment ending? Records show that you worked through more than one branch during this assignment) Highlighted areas are questions the human resources office at People Ready asked me. Eight months later, they have still failed to render a decision. I was told about my assignment ending on the way to work. No advance warning.

Most of the discrimination is coming out of the Denver, Co offices at 1340 S Sante Fe (Hispanic manager Jax) and 1490 Lafayette St (Black manager Brent). The final straw came out of the S Sante Fe office with Jax. The very last job I worked for People Ready was at 7100 W 13th, Lakewood, Co at the Courtyard Retirement Home. They sent us over there on April 11th and 12th to feed the elderly residents who were in quarantine from the corona virus. I forgot to bring my paper pay sheet on Saturday the 11th but the manager on duty assured me that it was no problem. She would just add me to another employee's pay sheet. Problem solved. I did remember to bring it the next day, Sunday April 12th. I took a picture of the pay sheet and texted it to 1152-br@eopleready.com, the email address Jax had given me. On Monday I had not been paid for either shift. I called Jax to complain. She claimed she had never received either pay sheet even though she had. She also said she could not process the Sunday pay sheet because one of the corners was missing in the photograph. The upper right corner was indeed missing but all

the pertinent information such as store location, hours worked and management signature were clearly visible. I can send you the picture. (Please forward a copy of the email you initially sent the branch with the work ticket) The missing corner made no difference. When I pointed this out to her, she then reiterated that I had not sent it to the right email address. I did in fact send it to 1152-br@peopleready.com and additionally sent it to 1151-br@peopleready.com as an added precaution because I had used that address many times in the past. So now what excuse did she invent? She said she could not receive pay sheets by text. Oh really? I have sent hundreds of them by text over the years. She is the first manager ever at People Ready who cannot receive text messages. I finally had to sent it by Gmail and finally got paid but only after arguing with her on 15 calls. All I got were excuses, delays, foot-dragging. Rather than being professional and solving the problem she was extremely rude. She yelled, consistently interrupted me when I was trying to explain the situation, treated me like an idiot when I have two college degrees and 40 years in the work force (I am far more qualified to do her job than she is), wasted valuable time giving information I did not need and already had, explaining the procedure when I have used this procedure for over 10 years, condescended in every way imaginable, implying that I was incompetent when in fact she was incompetent and so on. She was even more condescending when I went to her office in person for a drug test, scolding me like a small child for not taking the test correctly and then for touching something on the counter. I sanitized with sanitizer solution as soon as I waked in full view of Jax. I have passed every drug test I have ever taken by the way.

I mentioned in one of these calls that I would contact the Courtyard and just have them fax the Saturday pay sheet over. She refused to give me the number even though that information is readily available in their computer system. More excuses. Her take was that if the picture I had sent her of the Sunday shift had been legible I would be able to see the number and call them myself. I checked the photograph, could clearly see the phone number, called the Courtyard myself and finally had them fax over the Saturday pay sheet. She lied and made excuses throughout this whole process. Excuse after excuse as to why she could not just do her job and pay me. This was not the only time she had done this. I have frequently had to call People Ready over the years and complain and argue to get paid. I had to call Jax repeatedly from the 101 Englewood King Soopers location to get paid in a timely fashion only to get the same rude and obnoxious attitude I got with the Courtyard job. I have had to file at least 3 wage and hour complaints over the years with the Department of Labor to get paid and should have filed more. It once took me 3 months to get paid for a construction clean-up job in Highlands Ranch, Co. We are now forced to take pictures of all time sheets because we cannot trust them to pay us or to pay us on time.

All of this is pretty bad, but sadly, it does not end here. Other incidents:

-I was not allowed into the Rolling Stones concert in Denver on August 10, 2019, because I arrived 5 minutes late. The Hispanic manager on duty stopped me at the back entrance and would not let me in. Traffic was severely congested that day due to the concert and the buses were running behind schedule. I did call People Ready and apprise then of the situation. They told me on the phone it would not be a problem. I saw them allow Hispanic employees in who were also late.

-I was DNR'd (do not return) by Argus at the last Bronco's game of the season on 12-29-2019 because I did not want to go through purses and pat people down at the security gate. I am Islamic and I do not feel comfortable touching other people's bodies, especially in fairly intimate places. I explained this to the manager on duty (name unknown) but rather than assigning me to another job, and plenty were available, he sent me home without pay and I was permanently barred from doing any further jobs for Argus. (when you accepted the assignment were you aware of the duties? Did you make the branch aware of your concerns) Yes, I was aware of my duties and did explain my reason for disliking security to the manager on duty at Sports Authority Field.

-A Hispanic manager in the Thornton, Co office called me on the phone and accused me of taking the Salvation Army kettle after I worked a shift at the Thornton Wal-Mart in December of 2019. Wal-Mart has cameras everywhere. In fact, they had a camera directly over the pot in the doorway I was working. At that particular Wal-Mart, the kettle is turned in at the end of the shift to the service desk. The film clearly showed me turning it in. False accusations are libel and defamation and can result in lawsuits.

-Back in 2015 I was assigned to work a Wal-Mart in Englewood, Co, once again out of the 1340 S Sante Fe office in Denver. People Ready had to provide shuttle transportation to this job site as many of their workers do not have cars. The driver, a young Black man named Andre, routinely smoked pot while waiting to load passengers, offered it to passengers once on board, and sexually propositioned female employees on the trip up the mountain. Once inside the store working, one of their Black employees repeatedly called me a "nigger" while on duty. The store manager, an elderly white man in a wheelchair, would not allow any of the other employees to talk to me and actually sent one home for cracking a joke within earshot of me. Rather than correcting this obnoxious racial abuse, that same manager sent me upstairs to the storage area and made me sweep the entire floor all by myself (all for minimum wage by the way). I reported all of this anonymously to People Ready and never worked for that Wal-Mart again. The driver was eventually fired.

-The same year as the Andre shuttle driver incident (2015), People Ready failed to pay me for three shifts I recorded in my work diary and numerous others I did not record. I did not get paid for a sign holding job I did for a Mattress Firm in Centennial, Co. (what was the date of this job and which branch dispatched you) I had to wait 6 weeks to get paid for a T-Mobile job in Centennial, Co. I did not get paid for a Home Depot job I did in Sheridan, Co and there were numerous other jobs that year for which I did not get paid. I finally had to report it to the corporate office. I talked to a young lady named Amber at extension 239# several different times until I got paid. This same year Danielle at the S Sante Fe office threatened to get me fired for calling the corporate office at extension 239# and reporting these pay issues. I advised her that retaliation is a form of discrimination for which she can be sued. I was finally paid. (did you report this to the manager, HR, or the Hotline and if so when? What as the outcome?

-Back in November of 2017 the Labor Ready office in Aurora, Co sent me to work the Salvation Army kettle at a Walgreens at 24250 E Smokey Hill Road. There was no bucket at the store when I arrived, and I had to wait an hour for them to bring it in. I had no minutes on my personal cell phone, so I had to use the store phone several times to call the Salvation Army and tell them

to bring the bucket. The store manager had given me permission to use the store phone. I also had to use their phone to get a bus schedule to get home and once again had full permission from the store manager. I also asked the store manager to let me use the microwave in the employee break room to heat up my lunch and he once again gave me permission. When I returned the next day, I was notified that my shift had been cancelled because of excessive use of the store phone and unauthorized use of the employee break room. The Smokey Hill location was a two-hour bus ride from where I lived downtown but Labor Ready only paid me for two hours. It is worthy to note that all the employees at the Aurora, Co Labor Ready at that time were black including the manager, Elliot.

-I was DNR'd (Do Not Return) from a Wal-Mart in Castle Rock, Co for trying on a pair of pants in the dressing room when I was not on break. Admittedly, I should not have done that, but it did not merit being denied employment in that store. It is a little strange that the store manager did not have any problem with other employees calling me a "nigger" when I WAS authorized to be on break. The Black temps on this job were screaming "nigger" in my face while on break but the manager of the store did not seem to have any problem with that. Somehow that never got mentioned.

-That same year Brad and Danielle at Labor Ready refused to send me text messages of available jobs. Jobs were sent by text message before Job Stack. I had to call corporate to get them to give me equal access to available jobs.

If you connect all the pieces of this puzzle together the motive becomes noticeably clear. They are having their racial revenge at my expense based on stereotypical profiles they have of white people from the South. I do not just deal with this at People Ready. I deal with it everywhere-school, church, bus stops, personal vacations, libraries. You name it. It is a very familiar pattern, and I am now reporting it to the FBI as a racial hate crime. I now use a police body camera anytime I am in public. It will all be on film in the future. The real tragedy of all of this is that my ancestry is Irish. My ancestors came to America in bondage. My ancestors faced enormous discrimination and prejudice. I am myself a trafficking victim, not in the sense of prostitution but forced marriage and unpaid labor. They could not have picked a more undeserving target for their race hate than myself.

I demand to be reinstated with full compensation for missed assignments. I deserve to have all DNR's removed from my record as they were discriminatory. (Can you provide information to support this claim?) Yes, from the Department of Labor. I also want the number to someone in the corporate office I can contact personally whenever similar issues arise in the future. Your cooperation is greatly appreciated. I hope to hear from you soon.

SINCERELY,

ALISON D JONES

**E.      ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

      X    Yes (***You must attach a copy of the administrative charge to this complaint***)

EEOC Form 5 (11/09)

| 2ND AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 541-2021-00659 |
| **COLORADO CIVIL RIGHTS DIVISION** | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MS. ALISON D JONES** | (720) 539-4174 | 1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| **1746 EMERSON ST. 209, DENVER, CO 80218** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **PEOPLEREADY INC.** | 15 - 100 | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1340 S SANTA FE DR., DENVER, CO 80223** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☒ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-14-2020   Latest: 04-14-2020

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired in 2010 by People Ready and assigned to perform various duties for various employers; the length of time I was assigned to work for these various employers ranged in duration from 1 day to 1 week. In or around April 2020, People Ready assigned me to work at a senior living facility. The manager at the senior living facility failed to submit my pay sheet to People Ready and People Readys Hispanic supervisor did not pay me because of their error. I contacted a female employee at the senior living center who told me she would add me to their sheet so I would get paid but she failed to do so and my Hispanic supervisor declined to pay me because of their error while telling me that I needed to submit the pay sheet properly. So, I sent her a text with a picture of the pay sheet but she claimed the pictures were not complete and I did not get paid. Due to my disability, I became frustrated and angry and expressed those emotions to the Hispanic supervisor over a 2 to 3 day period. I was angry with the Hispanic supervisor because she was incompetent and she triggered my disability. The Hispanic supervisor told me I was being disrespectful and acting insubordinate and subsequently discharged me on or around April 14, 2020. Prior to my

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Alison Jones on 03-16-2021 07:27 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/03)

| 2ND AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 541-2021-00659 |

**COLORADO CIVIL RIGHTS DIVISION** and EEOC

*State or local Agency, if any*

discharge, I had never received a written reprimand and only been counseled by the Hispanic supervisor orally between 5 to 10 times. I believe this is part of a pattern of discrimination against White conservatives.

I believe I have been discriminated against because of my sex (female), my race (White), my color (white), my religion (Christian) and retaliated against for opposing discrimination in the workplace in violation of Title VII of the Civil Rights Act of 1964, as amended. Furthermore, I believe I have been discriminated against because of my age (56) and retaliated against for opposing discrimination in the workplace in violation of the Age Discrimination in Employment Act of 1967, as amended. Furthermore, I am disabled as defined in the Americans with Disabilities Act of 1990, as amended (ADA), and I have been subjected to discrimination because of a disability, record of a disability, and/or regarded as disabled, denied a reasonable accommodation, and/or retaliated against for taking part in a protected activity in violation of the ADA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Alison Jones on 03-16-2021 07:27 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

___ No

Have you received a notice of right to sue? (*check one*)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**DISMISSAL AND NOTICE OF RIGHTS**

To: Alison D. Jones
1748 Emerson St. 209
Denver, CO 80218

From: Denver Field Office
950 17th Street
Suite 300
Denver, CO 80202

On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 541-2021-00655

EEOC Representative: Lowell A. Pate, Intake Supervisor

Telephone No.: (720) 779-3623

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

for Amy Burkholder, Director

March 23, 2021
(Date Issued)

cc: Michelle Isaacson
Paralegal
TRUE BLUE D/B/A PEOPLE READY
1340 S Santa Fe Dr
Ste 204
Denver, CO 80223

    __X__ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    ___ No

## F.    REQUEST FOR RELIEF

The Plaintiff demands full front pay and back pay, a full apology from People Ready, to have any DNR's (Do Not Return) designations removed, to be reinstated if she chooses to go back to work for People Ready, and to be put on a fast track to the better and higher paying jobs that her education, training, skills, and knowledge qualify her to perform. She demands to be compensated in any way allowed by the laws contained in this complaint, and fully compensated by any future laws that may be added in an amended complaint.

## G.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


_____*Alison D. Jones*_____
  (Plaintiff's signature)


_____6/18/2021_____
  (Date)


(Form Revised December 2017)