IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 21-cv-01688-CNS-MEH | Date: November 7, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ALISON D. JONES<br>**Plaintiff** | *Pro Se* |
| v. | |
| PEOPLE READY INC<br>**Defendant** | *E. Rayner Mangum* |

## COURTROOM MINUTES

**MOTION HEARING VIA TELEPHONE**

Court in Session:  1:28 p.m.

Appearance of counsel and *pro se* plaintiff.

This matter is before the Court as to [46] Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and [52] Recommendation of United States Magistrate Judge.

As outlined on the record it is

**ORDERED:**    **[52] Recommendation of United States Magistrate Judge is ADOPTED in part and REJECTED in part.**

               **[46] Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED in part and DENIED in part.**

               **Plaintiff's Title VII claims of race and sex discrimination and retaliation are dismissed with prejudice.**

**ORDERED:** **Plaintiff's claim of untimely payment of wages claim under the Colorado Wage Claim Act is dismissed with prejudice.**

**Plaintiff's claim of wrongful discharge in violation of public policy under Colorado law is dismissed.**

**The plaintiff's claims of retaliation under both the Colorado Wage Act Claim and the Fair Labor Standards Act remain.**

The Court will issue an order for the appointment of counsel from the civil pro bono program.

**ORDERED:** **Parties are to contact Magistrate Judge Hegarty's chambers within 21 days of today to set a status conference.**

Court in Recess:  1:42 p.m.          Hearing concluded.          Total time in Court:  00:14