**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 21-cv-01688-CNS-MEH**

**ALISON D. JONES,**

      **Plaintiff,**

**v.**

**PEOPLE READY INC.,** *a TrueBlue Company*,

      **Defendant.**

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

The Plaintiff, Alison Jones, and the Defendant, People Ready Inc., through their undersigned counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice and state as follows:

1.     Under Fed. R. Civ. P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing… a stipulation signed by all parties who have appeared."

2.     The Parties have resolved this action, including all claims that were brought or that could have been brought by the Plaintiff in this action, and have agreed to dismissal of this action with prejudice, with each side to bear her/its own attorney's fees and costs.

3.     No counterclaims have been filed and this action.

WHEREFORE, the Plaintiff and the Defendant stipulate to the dismissal of this action with prejudice.

Respectfully submitted this 24th day of May, 2023.

**HKM EMPLOYMENT ATTORNEYS, LLP**

_/s/ Adam M. Harrison_
Claire E. Hunter
Adam M. Harrison
730 17th Street, Suite 750
Denver, CO 80202
Telephone: 720-255-0370
chunter@hkm.com
aharrison@hkm.com

ATTORNEYS FOR PLAINTIFF

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

_/s/ Kimberly F. Seten_
Kimberly F. Seten, MO Bar No. 50449
1201 Walnut St., Suite 2350
Kansas City, MO 64106
Telephone: 816-472-6400
Facsimile: 816-472-6401
kseten@constangy.com

Rayner Mangum
1801 Broadway, Suite 529
Denver, CO 80202
Telephone: 720-343-7560
Facsimile: 720-343-7559
rmangum@constangy.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2023, a true and correct copy of the foregoing was filed and served via the CM/ECF system, which will send notification of such filing to all counsel of record.

Kimberly F. Seten, MO Bar No. 50449
1201 Walnut St., Suite 2350
Kansas City, MO 64106
Telephone: 816-472-6400
Facsimile: 816-472-6401
kseten@constangy.com

Rayner Mangum
1801 Broadway, Suite 529
Denver, CO  80202
Telephone: 720-343-7560
Facsimile: 720-343-7559
rmangum@constangy.com

/s/ *Taylor Breisch*
Taylor Breisch